# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| USA | § | **EXHIBIT AND WITNESS LIST** |
|---|---|---|
| vs. | § | |
| | § | Case Number:  AU:06-M -00182(1) |
| (1) KRISTIAN JESSE CULVER | § | |
| *Defendant* | | |

| Presiding Judge<br>ROBERT PITMAN | Plaintiff's Attorney<br>Tony Brown | Defendant's Attorney<br>Bill Ibbotson |
|---|---|---|
| Trial/Hearing Date<br>June 05, 2006 | Court Reporter<br>FTR Gold ERO | Courtroom Deputy<br>Shelby K. Nelson |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| | | 6/5/06 | | | W#1 Kristi McPartland |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.