PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

## for

## Western District of Texas

FILED
2009 AUG 10 PM 12:20
CLERK US DISTRICT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

### Report on Offender Under Supervision

Name of Offender: <u>Kristian Jesse Culver</u>     Case Number: <u>A-06-CR-132(1)LY</u>

Name of Sentencing Judicial Officer: <u>Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>September 27, 2006</u>

Original Offense: <u>Count 1: False Statement During Firearms Purchase; USC 18 § 922(a)(6) and & USC 18 § 924(a)(2) ; Count 4: Unlawful Receipt of a Firearm While Under Indictment; USC 18 § 922(n) and & USC 18 § 924(a)(1)</u>

Original Sentence: <u>30 months imprisonment followed by three (3) years supervised release on each count to run concurrently</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>January 13, 2009</u>

---

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime."

**Nature of Noncompliance:** On March 4, 2009, the offender was arrested for theft property $20-$500. The case remains pending in Comal County, Texas, County Court at Law under cause number 2007CR1025.

Kristian Jesse Culver
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The offender was arrested for a class B misdemeanor with an offense date prior to his federal conviction of August 24, 2006. The offender has maintained stable residence, is employed, is taking his prescribed psychotropic medication and is participating in mental health treatment. At this time it is requested that no action be taken.

Respectfully submitted,

*Elizabeth Urrutia*
Elizabeth G. Urrutia
U.S. Probation Officer
Date: August 5, 2009

Approved: *P. Linda Georges*
P. Linda Georges
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

[✓] No Action

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*Robert Pitman*
Honorable Robert Pitman
U.S. Magistrate Judge

8/10/09
Date