PROB 12C
(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

FILED
2010 APR 26 PM 2: 38

Name of Offender: <u>Kristian Jesse Culver</u>　　　　　Case Number: <u>A-06-CR-132(1)-LY</u>

Name of Sentencing Judicial Officer:　<u>Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>September 27, 2006</u>

Original Offense: <u>Count 1: False Statement During Firearms Purchase; U.S.C. 18 § 922(a)(6) and 18 § 924(a)(2) ; Count 4: Unlawful Receipt of a Firearm While Under Indictment; U.S.C. 18 § 922(n) and 18 § 924(a)(1)</u>

Original Sentence: <u>30 months imprisonment followed by three (3) years supervised release on each count to run concurrently</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>January 13, 2009</u>

Assistant U.S. Attorney: <u>Anthony Brown</u>　　　　　　　　　　Defense Attorney: <u>Bill Ibbotson</u>

## PETITIONING THE COURT

**X**　To issue a WARRANT.

___　To Issue a WARRANT and TRANSFER JURISDICTION.

___　To issue a SUMMONS.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Condition No. 1. The defendant shall not commit another federal, state, or local crime during the term of supervision; |
| | On March 10, 2010, the offender was arrested for driving while intoxicated. On March 30, 2010, the offender pled nolo contendere and was sentenced to 45 days incarceration, $397.10 court costs, one year driver's license suspension in the County Court at Law number 3 in Travis County under cause number 10-204207. |
| | In connection with the above charge, the offender was indicted on April 6, 2010 for felon in possession of a firearm in the Western District of Texas, Austin Division under cause number A-10-CR-241-SS . |
| | On August 17, 2009, the offender was arrested for bodily injury disabled and is pending trial in Bexar County under cause number 2009CR12017. |

U.S. Probation Officer Recommendation:

The term of supervision should be
- [X] revoked. (Maximum penalty: 2 years imprisonment; 3 years supervised release; and payment of any unsatisfied monetary sanction previously imposed on each count)
- [ ] extended for _____ years, for a total term of _____ years.
- [ ] The conditions of supervision should be modified as follows:

Approved: *P. Linda Georges*
P. Linda Georges
Supervising U.S. Probation Officer

Respectfully Submitted,
*Elizabeth Brown*
Elizabeth Brown
U.S. Probation Officer,
Date: April 19, 2010
Telephone #: 210-472-6590, ext. 380

Approved: *Anthony Brown*
Anthony Brown
Chief Assistant U.S. Attorney

## THE COURT ORDERS

- [ ] No Action
- [X] The issuance of a WARRANT. Bond is set in the amount of $_____ cash / surety with supervision by the United States Probation Office to continue as a condition of release.   **No BOND.**
- [ ] The issuance of a SUMMONS.
- [ ] Other

*Robert Pitman*
Robert Pitman
United States Magistrate Judge

4/26/10
Date