AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

UNITED STATES OF AMERICA

V.

KRISTIAN JESSE CULVER

**WARRANT FOR ARREST**

Case Number: A-06-CR-132(1)-LY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kristian Jesse Culver__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   x Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
12C Violations of Supervised Release (See Attached Petition)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

ROBERT PITMAN
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

APR 26 2010   Austin, Texas
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |