UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 AUG -4 PM 4: 27
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CRIMINAL NO. A 06 CR 132(1) SS |
| | § § | |
| KRISTIAN JESSE CULVER | § | |

## ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING OF DEFENDANT

On the 30th day of July, 2010, came to be heard before the Court the Motion filed by the United States Attorney for the Western District of Texas to revoke the supervised release of the Defendant upon the ground that the Defendant had violated the conditions of supervised release, and came said United States Attorney and the Defendant in person and by counsel, and the Court having considered same finds that said Defendant has violated the conditions of supervised release and that the ends of justice and the best interest of the public will not be served by continuing said Defendant on supervised release, and that said motion should be granted.

IT IS ACCORDINGLY ORDERED by the Court that the term of supervised release included in the Judgment and Sentence imposed on September 27, 2006 is hereby revoked and set aside, and it is now the ORDER and SENTENCE of the Court that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of TWENTY-FOUR (24) MONTHS on each of Counts 1 and 4, to be served concurrently with no term of supervised release to follow.

The sentence imposed in Docket No. A 10 CR 241(1) SS shall be served consecutively to the sentence imposed in this case for a total of SIXTY-FIVE (65) MONTHS.

SIGNED and ENTERED this 4th day of August, 2010.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE